# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| | ) | |
| EYLEM TOK | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Docket No. 25-cv-10649 |
| | ) | |
| BRIAN A. KYES, UNITED STATES | ) | |
| MARSHAL, DISTRICT OF | ) | |
| MASSACHUSETTS, | ) | |
| Respondent. | ) | |
| | ) | |

_____)

## NOTICE OF WITHDRAWAL

Please withdraw my appearance on behalf of Eylem Tok in the above-captioned matter. David Russcol and Emma Quinn-Judge of Zalkind, Duncan & Bernstein LLP will remain as counsel for Eylem Tok.

Respectfully submitted,

_____
Jennifer Herrmann (BBO #708231)
Zalkind Duncan & Bernstein LLP
65A Atlantic Avenue
Boston, MA 02110
T: (617) 742-6020
F: (617) 742-3269
jherrmann@zalkindlaw.com

Dated: June 24, 2025

## CERTIFICATE OF SERVICE

I, Jennifer M. Herrmann, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 24, 2025

/s/ Jennifer M. Herrmann
Jennifer M. Herrmann